## CIRCUIT COURT OF THE CITY OF RICHMOND

Lloyd C. Glover, Sr.

v.

Theresa Harris

March 13, 1975

Case No. 6755

By JUDGE ALEX H. SANDS, JR.

I am not familiar with any procedure by which a court can enter an order in the form prepared unless it incorporates the findings of the court following the procedures set forth in either § 37.1-128 or § 37.1-132 of the Code. In either instance a written complaint is required to be filed by "any responsible person." (It is true that under § 37.1-128 a judge may issue the warrant on its own motion, but upon what information is not clear.) Under § 37.1-128 the Court, after a scheduled hearing, may either (a) adjudicate the person to be insane or feebleminded, as the case might be, or (b) adjudicate him to be not insane or feebleminded.

Under § 37.1-132 a person may be found to be incompetent to handle his personal affairs, though not insane.

I should think that [the] proceeding should be made under § 37.1-132, which provides that upon petition of any person in interest and after notice to Mr. Glover and a hearing, the court will determine the question as to whether the person in question is or is not capable of handling his business and personal

affairs. A guardian <u>ad</u> <u>litem</u> is appointed to represent the interests of the alleged incompetent, and if the court determines that the alleged incompetent, is incapable of handling his affairs, then on motion of the petitioner a committee will be appointed and will qualify, giving the required bond.